5219. MILLER *et al. v.* FRANKLIN.

RUSSELL, C. J. 1. The question as to whether certain guano was furnished by the landlord, or by another, being a matter of fact, for determination by the jury, and there being sufficient evidence to authorize the verdict foreclosing the landlord's lien, it was not error to overrule the motion for a new trial. *Henderson* v. *Hughes,* 4 *Ga. App.* 53 (69 S. E. 813).

2. As appears from the judgment refusing a new trial, the matters dealt with in the disallowed amendment to the answer had been passed upon in a former suit between the same parties. "A judgment of a court of competent jurisdiction is conclusive between the same parties . . as to all matters put in issue, or which under the rules of law might have been put in issue in the cause wherein the judgment was rendered." Civil Code, § 4336. *Judgment affirmed.*

Foreclosure of lien; from city court of Statesboro—Judge Strange. August 29, 1913.

*Fred T. Lanier,* for plaintiffs in error. *Deal & Renfroe,* contra.